# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Deborah Hutchins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 09-0853-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed January 10, 2011 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed January 10, 2011 [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded attorney's fees under the EAJA in the amount of $5,528.00.

                                                */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**